ALLSTATE INSURANCE COMPANY, Appellant, v. DAVID ALFORD, as Executor of EFFIE BOUCK, Deceased, et al., Respondents.—

Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ. [25 Misc 2d 707.]